Exhibit A to the Complaint

**Location:** Amesbury, MA  **IP Address:** 73.123.147.3
**Total Works Infringed:** 68  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | ABDAA16F8D30B5D4248D8072832F74E96D81B71D | 05/13/2025 10:33:52 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 2 | 06c10ff665d163dd05e306310a2bfa1fb88d4913 | 10/13/2024 09:41:04 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 3 | ddc69bd5bf3b279fb42a3d9d649c961367ce352d | 10/12/2024 19:00:56 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 4 | 30f16ad10ef88059db7f27db9e75f5e3d6e7e93f | 10/12/2024 18:02:51 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 5 | 28cddc61b2d68f1eeeaf8e8d968f1250a83cdbdb | 10/12/2024 04:00:49 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 6 | 2EB05136D65F6D94BC380C4E42D3107DF99EE8F2 | 10/05/2024 12:22:58 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 7 | ffe70881fb64029bb5c2f4c01afc41d48c95eab7 | 10/03/2024 09:24:43 | Blacked Raw | 06/06/2022 | 06/27/2022 | PA0002355038 |
| 8 | 9c4f946b9c0e5f596fe2e59e514005c886e2ce60 | 09/20/2024 21:23:20 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 9 | AF5E9F5A7C0F50A3A0CCCA08C875B36921047704 | 09/20/2024 11:27:10 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 10 | 89450f1cff53e8f45e1b254d417ffcb96f6e8b0a | 09/19/2024 17:44:34 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 11 | 790f7e21c97cd1c045e21f3823e6838dc7ae070f | 09/17/2024 13:35:44 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 12 | 43844ec06bb65e64e5dacd19ca62cc47458b76e7 | 09/16/2024 00:24:15 | Tushy | 12/25/2022 | 01/10/2023 | PA0002389583 |
| 13 | 29d42f2ed541d0d1cd1a118a5af11619176fcc42 | 09/15/2024 20:53:09 | Vixen | 10/07/2022 | 11/24/2022 | PA0002389323 |
| 14 | 3b0017ec84fb0b45bfb1a7484ba298a0232cda63 | 09/14/2024 12:00:58 | Vixen | 05/13/2022 | 05/20/2022 | PA0002350373 |
| 15 | a9db0301ef19ec5c39ba2f6414e8f61745d33c64 | 09/14/2024 08:12:27 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 16 | f64cbdb6fdad6a3224e8a269ea065babcc8ab5f3 | 09/12/2024 17:41:10 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | bf8872d92455c739e13a89c07eccbcdc254f0899 | 09/11/2024 20:04:28 | Blacked Raw | 01/19/2023 | 01/27/2023 | PA0002393081 |
| 18 | 188f3e3d41b6696d0d83694c202397109f31da67 | 09/11/2024 19:59:26 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 19 | 23f3b2c30d12a67b2496288dedb756a3de3082ff | 09/07/2024 05:11:57 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 20 | b5984dd09a1ae02bf6d9015a6c9cf047f79e9811 | 09/04/2024 19:30:38 | Vixen | 05/27/2022 | 06/27/2022 | PA0002355035 |
| 21 | 266e5c396a2cde32229df067039011c9a9d54d0d | 09/02/2024 18:51:10 | Slayed | 08/23/2022 | 09/22/2022 | PA0002378513 |
| 22 | 79697E57DBB146BFC6D554DC1A6A943D4197AB32 | 09/01/2024 10:47:52 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 23 | e70eb5b746e398132c3e7f77957e806a4d5584f9 | 08/29/2024 15:12:47 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 24 | ba837eb15a56a07aba79e60d5d1c696419d4a44f | 08/27/2024 16:22:22 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 25 | 4E79385B8DAE3CD4CC334C13F109852722B4F577 | 08/24/2024 14:31:29 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 26 | B7441E573A302AB3AE9F883F1203B2952746F75F | 08/24/2024 14:30:46 | Vixen | 06/25/2021 | 08/20/2021 | PA0002312014 |
| 27 | 569B2699E6608A00782FF580A440633E4123CFED | 08/24/2024 11:27:14 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 28 | d84115a5c166fb0163a0ff01c02741c04b5b47ca | 08/15/2024 21:18:35 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 29 | 27947af3a9014f7c75e09d8c2001216e034d83d4 | 08/15/2024 01:11:21 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 30 | 796cc29e680b39f53707f86684539968d7198929 | 08/13/2024 01:44:43 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 31 | 3f6ea69cd4937676b5b336dcd2d2535fcc957357 | 08/06/2024 21:42:42 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 32 | cbf8441744fd3bf98e0173cf5b28a98cf83f08a6 | 08/06/2024 07:27:45 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 33 | 0c14f2ac3219cdca0ed3981a3419d69e370fb2e5 | 08/05/2024 19:08:57 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 34 | fb32b86ff67e4a74dc65118e71b00a47b9a7eb38 | 08/02/2024 05:19:07 | Tushy | 08/21/2022 | 08/29/2022 | PA0002367745 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 090ff71c00296a03f119fd3b8b3ebb5f018f92fb | 08/02/2024 05:01:09 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 36 | 7b33737d3e185a9f5080d6008974c5ccc9aaf29b | 08/02/2024 01:47:58 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 37 | a5c84eef99bfeee8f07d83469ea3ed92868de879 | 07/30/2024 14:58:53 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 38 | 666a9461199b15a60e7ed8be905036f00fea987e | 07/13/2024 01:27:18 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 39 | dca58f5dc618bd72b6b4f239ec46abf8a5a83f05 | 07/11/2024 06:49:43 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 40 | c13e18b44662f579f14fb0eb1fcd572a6d147ab8 | 07/04/2024 22:49:45 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 41 | dee7de52e14bcd9992e884149a6578b4692dbf4c | 07/04/2024 19:32:04 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 42 | AEA2A54A10B734C86EA9A7997223B49989896BE2 | 06/23/2024 14:34:01 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |
| 43 | fefb17cd157d5637c50ae1709d3d182d40a90263 | 06/15/2024 17:14:42 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 44 | 052b7a6965049f3fb75f58c3151c77bb27773397 | 06/13/2024 21:19:57 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 45 | 12811b978efce3fa32aea4dbb3c109e731b65e3f | 06/10/2024 18:56:49 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 46 | 2faa9cf95c08a30b95d65fbace405abb337cbfb0 | 06/06/2024 13:23:52 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 47 | 299a950fb6470065f3b13f1fbd89f593c1d9dcea | 06/06/2024 00:30:14 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 48 | 2ad63a23bff7c64be2cf93020739893d683f5f5b | 06/03/2024 04:53:37 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 49 | 7ee037a2ce46858575b7a649a329190ded3144fd | 06/02/2024 02:47:05 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 50 | c6b37832f930801377ace672d884c741926ed54e | 06/02/2024 00:03:43 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 51 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | 05/17/2024 10:38:29 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 52 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 05/17/2024 10:35:57 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 5f08fcb0a7020ca727239fce8f889784d5a2e99e | 05/13/2024 09:23:06 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 54 | e55e2041bde5f71e098651b3419da2c8f74beda6 | 05/08/2024 23:56:00 | Vixen | 01/27/2023 | 04/13/2023 | PA0002406898 |
| 55 | 507d4b02b1f92871dddf04a762f4f7c45bb666cf | 05/07/2024 14:35:25 | Blacked | 06/25/2022 | 07/22/2022 | PA0002359471 |
| 56 | 7bb5cf8c68e54c76b96f0e2c130ea534b87c1d87 | 04/25/2024 11:17:20 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 57 | 14b4474aa97bec828eff43949cbb73ab72fc78c8 | 04/13/2024 09:16:37 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 58 | 184605a9fa1dd5b8e841c3e1800f070c6ad3a557 | 04/05/2024 22:19:07 | Slayed | 10/11/2022 | 11/24/2022 | PA0002388301 |
| 59 | d93e9a26b9802e697be80eda86786ea7fabc69f5 | 01/26/2024 01:12:53 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |
| 60 | 70404F294DC3C1E6C1D71FD358C5C63615C149D5 | 01/24/2024 11:21:13 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 61 | 51B8B05E291259D05FAEE870D556CE9E549EB5EB | 01/23/2024 14:26:10 | Vixen | 09/02/2022 | 11/01/2022 | PA0002378068 |
| 62 | 1A26A196358C2C12445BC8122570365DEE727A70 | 01/23/2024 14:26:08 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 63 | CF8292048847BE5479627B055A059A6349FEAD51 | 01/20/2024 10:42:57 | Tushy | 07/09/2023 | 07/13/2023 | PA0002420353 |
| 64 | D6B926DA8DDDB66C81CF7FB91ABEDA7302A0FE61 | 01/07/2024 15:40:22 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 65 | b0099e279910cc5ff1c999419675f91721dc8f95 | 12/07/2023 20:32:39 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 66 | F79ED94190ADC5734573AA4A13934FF9627357CD | 12/01/2023 11:36:30 | Vixen | 04/16/2021 | 06/09/2021 | PA0002295602 |
| 67 | 83C04AD04045CBA0653B4C5D8E1CE37B995A5A78 | 12/01/2023 11:36:16 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 68 | 99D04932631AB8518BDBA483F55E9D532776FDB3 | 11/11/2023 10:33:13 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |